## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

IN RE: )
Rodney Yarbro )
        Debtor )
) Cause No. 24-20715
) Chapter 7

### MOTION FOR REDEMPTION

    Comes now Rodney Yarbro by counsel and moves the court pursuant to 11 USC 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use and is more particularly described as follows:

    2009 Harley Davidson Street GL 1HD1KB4159Y651022

2. The interest of the Debtor in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the creditor) is a dischargeable consumer debt.
3. The allowed secured claim of said creditor, Performance Finance Financial Services, for purpose of redemption, the "redemption value" should be determined to not be more than $1,000.00 as evidenced by the most current trade-in value and dealer's ads for a similar vehicle.
4. Arrangements have been made by the Debtor to pay to said creditor up to the aforesaid amount in a lump sum should this motion be granted. The payment for this proposed redemption is financed through a private lending institution. This new funding scheme will allow the debtor to keep his vehicle and results in considerable savings. The Debtor has also agreed to borrow and disperse additional from this loan for representation of the debtor in securing for the benefit of the debtor an order granting the debtor the right to redeem his motor vehicle under 11 USC 722. This compensation is in addition to that previously disclosed and for services beyond the scope of his prior retainer with the undersigned.

    Wherefore, the Debtor requests the Court to Order said creditor to accept from the Debtor the lump sum payment of the redemption value and release its lien of record, In the event the said Creditor objects to this motion, the Debtor requests the Court determine the value of the property as of the time of the hearing on such objection.

                                           Respectfully submitted,

                                           David M. Dabertin
                                           Attorney for Debtor
                                           5246 Hohman Avenue
                                           Hammond, Indiana 46320

### CERTIFICATE OF SERVICE

The under-signed hereby certifies that a copy of the foregoing document has been sent via the United States Mail, addressed to: To the attention of Chief Officer, a managing officer or general agent or to any other agent authorized by appointment or by law to receive service of process: Performance Finance 10509 Professional Circle, Ste 100 Reno, NV 89521 via US Mail to and Lori D. Fisher Chapter 7 Trustee P.O. Box 92 Valparaiso, IN 46384 and United States Trustee (served via ECF)

                                          /s/
                       David M. Dabertin   July 24, 2024