IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA

IN RE: )
**Rodney Yarbro** )
        Debtor )
)    Cause No. 24-20715
)    Chapter 7

## ORDER OF REDEMPTION

Upon motion of the Debtor, the court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor:

    2009 Harley Davidson Street GL 1HD1KB4159Y651022

2. The debt owing the credit is a dischargeable consumer debt and Debtor's interest in such property is exempt or has been abandoned by the estate.

3. The Value of the secured claim of the Creditor for redemption purposes, "the redemption amount," is $1,000.00.

**IT IS HEREBY ORDERED**, that the Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following enter of the Order the redemption amount. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor's instruction. In the event of failure of the Debtor to pay the redemption amount within such timeframe, the automatic stay shall immediately terminate.

SO ORDERED this ____ day of _____ 2023

Date:_____        Judge_____
                                      James Ahler
                                      United States Bankruptcy Court

DISTRIBUTION:
United States Trustee
Debtor (s)
Performance Finance   10509 Professional Circle, Ste 100   Reno, NV 89521
Lori D. Fisher Chapter 7 Trustee P.O. Box 92 Valparaiso, IN 46384
United States Trustee (served via ECF)
David Dabertin 5246 Hohman Avenue Hammond, Indiana 46320