518475-01 CBL

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

IN RE:                                      CHAPTER 7
    Rodney Dwayne Yarbro          BANKRUPTCY NO. 24-20715

    Debtor

## OBJECTION TO MOTION TO REDEEM FILED AT ECF 25
## BY CREDITOR PERFORMANCE FINANCE

Comes the Creditor herein, Performance Finance ("Creditor"), by counsel, and for its Objection to the Motion to Redeem filed by the Debtor at ECF 25 ("Motion"), states as follows:

1. The Debtor must pay the Creditor the amount of its "allowed secured claim" in order to redeem the lien on the personal property described in the Motion, a 2009 Harley-Davidson FLHX Street Glide VIN: 1HD1KB4159Y651022 ("Vehicle"). 11 U.S.C. §722

2. Creditor filed its Claim 3-1 on May 22, 2024, in the amount of $4,806.00, thus making the claim "allowed". 11 U.S.C. §502(a).

3. The value of the secured collateral, pursuant to NADA is $9,210.00 attached as Exhibit "A". Additionally, the Motion does not detail when any redemption proceeds would be paid to Creditor.

4. The current payoff of the loan is $4,971.21 as of July 29, 2024.

WHEREFORE, Creditor requests the Debtor's Motion to Redeem be denied or in the alternative that this Honorable Court enters an Order allowing the Redemption for the payoff stated herein in the amount of $4,971.21, payable in a lump sum to said Creditor on or before 30 days from entry of the Order.

Keith D. Weiner & Associates Co., L.P.A.

By: /s/ Christopher Bills
Thomas L. Canary Jr. (#4239-10)
Lindsey Hall (OH#0075152)
Daniel C. Wolters (OH#0076521)
Christopher Bills (#31891-18)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com

# CERTIFICATE

I hereby certify that the foregoing either has been sent electronically, or by first class mail to the persons listed below on the date that this pleading is filed with the court:

1. Office of the U.S. Trustee at (registered address)@usdoj.gov

2. Lori D. Fisher on behalf of the Chapter 7 Trustee's office at trustee.lfisher@gmail.com

3. David Dabertin on behalf of Rodney Dwayne Yarbro, Debtor, at dabertin@netnitco.net

    And by regular U.S. mail, postage prepaid, to:

    Rodney Dwayne Yarbro
    6822 Van Buren Place
    Merrillville, IN 46410


Keith D. Weiner & Associates Co., L.P.A.

By: /s/ Christopher Bills
Thomas L. Canary Jr. (#4239-10)
Lindsey Hall (OH#0075152)
Daniel C. Wolters (OH#0076521)
Christopher Bills (#31891-18)
Keith D. Weiner & Associates Co., L.P.A.
1100 Superior Ave East, Suite 1100
Cleveland, Ohio 44114
Phone: (216) 771-6500
Fax: (216) 771-6540
bankruptcy@weinerlaw.com