# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## Hammond Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Rodney Dwayne Yarbro<br>aka Rodney Dwayne Yarbro III<br>xxx−xx−9137<br>6822 Van Buren Place<br>Merrillville, IN 46410 | ) <br>) <br>) <br>) Case Number: 24−20715−jra<br>) <br>) <br>) <br>) <br>) <br>) Chapter: 7<br>) <br>) <br>) <br>) <br>) <br>) |

## ORDER AND NOTICE OF INITIAL PREHEARING CONFERENCE

    Debtor Rodney Dwayne Yarbro having on the 24th day of July, 2024 filed Motion for Redemption , which is a contested matter pursuant to Fed. R. Bk. P. 9014, the Court now directs, pursuant to Fed. R. Bk. P. 9014, and N.D. Ind. L.B.R. B−7016−1, that Fed. R. Bk. P. 7016 and Fed. R. Civ. P. 16 apply to said matter, and that a Pre−Hearing Conference therein be held in Courtroom 8, at the Federal Court House, 5400 Federal Plaza, Hammond, Indiana, on the 30th day of August, 2024 at 10:00 o'clock A.M., or as soon thereafter as counsel may be heard.[1]

    Counsel shall be prepared to discuss, among other things, the simplification of the issues of law, the positions of the respective parties, stipulations as to facts and the authenticity of documents, possible settlement, and any subject set out in Fed. R. Civ. P. 16(c) (1) − (16), as amended December 1, 1993.

    At least one of the attorneys for each party participating in any conference before final hearing shall have authorization to enter into stipulations, and to make admissions regarding all matters that the participants may reasonably anticipate being discussed.

    Any request for a continuance must be by Verified Motion filed with the Court prior to the above hearing date showing good cause therefore signed by at least one attorney of record with copies of the same first served upon all opposing counsel. If no such Motion is filed, the Court may proceed to hear said Motion.

    In the event this matter is settled, the attorneys are to immediately advise the Court of that fact.

    SO ORDERED.


Dated: August 12, 2024 .

James R. Ahler
_____
Judge, United States Bankruptcy Court

Document No. 30 − 25

PH−1
Rev. 12/08/10

---

[1] Pursuant to Fed. R. Bk. P. 9014, the Court hereby directs that Fed. R. Civ. P. 26(a) and (f), as made applicable by Fed. R. Bk. P. 7026, shall not apply to this contested matter at this time. The Court may at any time hereafter enter an Order directing that Fed. R. Civ. P. 26(a) and (f) shall apply to this contested matter.